## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

SAMANTHA BERRYMAN                     *
                                      *
                                      *
        Plaintiff,                    *
v.                                    *        No. 4:26-cv-00161-JJV
                                      *
FRANK BISIGNANO,                      *
Commissioner,                         *
Social Security Administration        *
                                      *
        Defendant.                    *

## JUDGMENT

Consistent with the Order that was entered this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 25th day of June 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE